# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2018

157071 & (27)(29)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 157071
                                     COA: 338862
                                     Oakland CC: 2013-246591-FH

JAMES COLEMAN,
      Defendant-Appellant.

_____/

      On order of the Court, the motions to supplement are GRANTED. The application for leave to appeal the November 8, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2018



a1022

                                        Clerk